**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL HONEYCUTT**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **DANIEL HONEYCUTT,** | No.   2:16-CV-01650-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF** |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys and with the permission of the Court, that plaintiff's time to file a reply brief is extended from June 30 to July 12, 2017, because of other briefs plaintiff's counsel has due.

[Pleading Title] - 1

Dated: July 6, 2017  /s/   Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: July 6, 2017   /s/ per e-mail authorization

TINA NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Based on the parties' stipulation, plaintiff's time to file a reply brief is extended to July 12, 2017.

SO ORDERED.

Dated: July 7, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE