UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL HONEYCUTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:16-CV-01650-KJN<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $3,750.00 as authorized by 28 U.S.C. §§ 2412, 1920, are awarded subject to the terms of the Stipulation. (See ECF No. 31.)

Accordingly, plaintiff's motion for EAJA fees (ECF No. 29) is DENIED as moot.

Dated: April 16, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order Granting JS for EAJA Fees; Case No. 2:16-CV-01650

1